# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 511 MAL 2023

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

JEFFREY WARREN SHACKELFORD,      :

     Petitioner      :

COMMONWEALTH OF PENNSYLVANIA,      :    No. 512 MAL 2023

     Respondent      :

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.      :

JEFFREY WARREN SHACKELFORD,      :

     Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.